CARMELA YODICE, Respondent, v. MARIE REILLY et al., Appellants.—

Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Brennan, JJ., concur.